No. 177, Misc. KIRKRAND *v.* ILLINOIS. Certiorari denied.

No. 179, Misc. STORY *v.* OKLAHOMA. Certiorari denied.

No. 182, Misc. ROMANO *v.* NEW YORK. Certiorari denied.

No. 81, Misc. BAUER *v.* CLARK, ATTORNEY GENERAL, ET AL. Certiorari denied. *Frederick E. Bauer, pro se. Solicitor General Perlman, Assistant Attorney General Ford, Frederick Bernays Wiener* and *Paul A. Sweeney* for respondents.